UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN FALLS, | ) | 1:08-CV-01729 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH COURT |
| | ) | ORDERS |
| | ) | [Docs. #7, 9, 10] |
| JAMES A. YATES, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO SERVE ORDER ON ATTORNEY |
| | ) | GENERAL |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 8, 2008, a Scheduling Order was issued in this case wherein Respondent was directed to file a response within sixty days. Over sixty days have passed, and Respondent has failed to comply.

On December 8, 2008, Respondent was directed to file a form indicating consent or decline to Magistrate Judge jurisdiction. On January 16, 2009, a second order was issued directing Respondent to file a consent/decline form within thirty days. One week after the deadline passed, Respondent returned his consent/decline form.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within fifteen (15) days of service of

1  this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply
2  with court orders.
3  IT IS SO ORDERED.
4  **Dated:   March 2, 2009**                              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE