1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

DAVID ALLEN FALLS,                )     1:08-CV-01729 OWW SMS HC
12                                 )
               Petitioner,         )
13                                 )     ORDER DENYING MOTION FOR COURT
        v.                         )     ORDER
14                                 )
JAMES A. YATES, Warden,            )     [Doc. #43]
15                                 )
               Respondent.         )
16    _____)

17

18        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.

20        On April 14, 2010, Petitioner filed a motion for a court order to compel the librarian and the

21   warden of his institution to produce documents. He states the documents are needed to enable him to

22   show extraordinary circumstances. For the reasons stated in the past three court orders, the matter of

23   the final extension of time is settled and final. No further requests for time extensions will be

24   considered.

25        Accordingly, the Court DENIES Petitioner's motion for court order.

26

27   IT IS SO ORDERED.

28   **Dated:    April 27, 2010**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

U.S. District Court

E. D. California      cd                          1