UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN FALLS, | ) | 1:08-CV-01729 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER STRIKING MOTION |
| | ) | |
| v. | ) | [Doc. #51] |
| | ) | |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 8, 2010, Petitioner filed the instant motion for reconsideration of the undersigned's order of June 29, 2010, which had denied a prior motion for reconsideration. Pursuant to the Court's order of June 29, 2010, the instant motion is hereby STRICKEN.

IT IS SO ORDERED.

**Dated:   July 13, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE