1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ALLEN FALLS,                        1:08-cv-01729-OWW-SMS (HC)

12            Petitioner,                       ORDER GRANTING MOTION
                                                TO PROCEED IN FORMA PAUPERIS
13       vs.
                                                (DOCUMENT # 2)
14   JAMES A. YATES,

15            Respondent.
     _____/

16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Previously, Petitioner filed a motion to proceed in forma pauperis.  Examination of the

20   document reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion

21   to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:   July 29, 2010**              _____
                                                   **/s/ Sandra M. Snyder**
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28