# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN FALLS, | ) | 1:08-CV-01729 OWW SMS HC |
| Petitioner, | ) | |
| v. | ) | ORDER DIRECTING RESPONDENT TO REQUEST STATE COURT TO SUBMIT SEALED TRANSCRIPT |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In Respondent's answer filed on March 19, 2009, Respondent stated he would lodge a copy of the sealed <u>Marsden</u> transcript as soon as it became available. On July 23, 2010, Respondent informed the Court he would be unable to provide said copy because the state court denied Respondent's request as premature and potentially not relevant to Petitioner's claims. The Court finds the sealed <u>Marsden</u> transcript to be relevant and necessary to consideration of Petitioner's claims.

Accordingly, Respondent is DIRECTED to request the Fresno County Superior Court to forward a copy of the <u>Marsden</u> transcript under seal to this Court within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:     August 3, 2010                              /s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California          cd                                          1