1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
DAVID ALLEN FALLS,                  )      1:08-CV-01729 OWW SMS HC
11                                  )
                Petitioner,         )
12                                  )      ORDER DIRECTING CLERK OF COURT
        v.                          )      TO LODGE SEALED <u>MARSDEN</u>
13                                  )      TRANSCRIPTS
                                    )
14   JAMES A. YATES,                )
                                    )
15              Respondent.         )
   _____ )
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
18   pursuant to 28 U.S.C. § 2254.
19        On October 5, 2010, the undersigned received via U.S. Postal Service transcripts of the
20   <u>Marsden</u> hearing held on December 5, 2005, and December 6, 2005, from the Fresno County
21   Superior Court, as requested by this Court on August 3, 2010.  The transcripts were received under
22   seal and will remain so.
23        Accordingly, the Clerk of Court is DIRECTED to lodge the <u>Marsden</u> transcripts under seal.
24   IT IS SO ORDERED.
25   **Dated:    October 6, 2010**            _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
26
27
28

U.S. District Court
E. D. California        cd                        1