1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7    DAVID ALLEN FALLS,                    )    1:08-CV-01729 OWW-JMD HC
                                           )
8                      Petitioner,         )    ORDER DIRECTING RESPONDENT TO
                                           )    LODGE ADDITIONAL TRANSCRIPTS
9        v.                                )
                                           )
10   JAMES A. YATES,                       )
                                           )
11                     Respondent.         )
                                           )
12   _____  )

13        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254.

15        On August 3, 2010, the Court ordered Respondent to request the Fresno County Superior

16   Court to forward a copy of the transcript for the Marsden hearing held on December 5 and December

17   6 of 2005.  On October 5, 2010, the Court received a sealed copy of the transcript for the December

18   5, 2005 proceedings but the transcript for the December 6, 2005 proceedings was not included in the

19   mailed documents.  Accordingly, Respondent is DIRECTED to lodge a copy of the December 6,

20   2005 transcript under seal to this Court.  Additionally, Respondent is DIRECTED to lodged Volume

21   Six (Reporter's Transcript for November 5, 2003), which Respondent had not previously provided.

22        Respondent will lodge both the sealed Marsden hearing transcript and Volume Six of the

23   Reporter's Transcript within fourteen (14) days of the date of service of this order.

24        IT IS SO ORDERED.

25   **Dated:    February 22, 2011**              **/s/ John M. Dixon**
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28