UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN FALLS, | ) | 1:08-CV-01729-OWW JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| v. | ) | TO LODGE SEALED MARSDEN |
| | ) | TRANSCRIPTS |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner David Allen Falls ("Petitioner") is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 8, 2011, the undersigned received via U.S. Postal Service transcripts of the Marsden hearing held on December 6, 2005 from the Fresno County Superior Court, as requested by this Court on February 22, 2006. The transcripts were received under seal and will remain so. Accordingly, the Clerk of Court is DIRECTED to lodge the Marsden transcripts under seal.

IT IS SO ORDERED.

Dated:    **March 15, 2011**                            **/s/ John M. Dixon**
                                                    UNITED STATES MAGISTRATE JUDGE