# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN FALLS, | ) | 1:08-CV-01729 OWW-DLB HC |
| Petitioner, | ) ) ) | ORDER DISREGARDING PETITIONER'S MOTION TO EXCEED PAGE LIMITS |
| v. | ) ) | (Doc. 76) |
| JAMES A. YATES, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 23, 2011, the Magistrate Judge issued a Findings and Recommendation ("F&R") which noted that objections to the F&R were due within thirty days. See Doc. 72. On April 22, 2011, the Court granted Petitioner's motion for extension of time providing Petitioner additional time to file his objections.

On April 25, 2011, Petitioner filed the instant motion requesting permission to exceed "applicable" page limits. See Doc 76. In accordance with the Eastern District's Local Rules, there are no page limitations imposed on objections responding to a Magistrate Judge's F&R. Petitioner is advised that it is in his best interest to set forth his objections as clearly and concisely as possible.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion to expand page limits is unnecessary and therefore DISREGARDED.

IT IS SO ORDERED.

Dated:  **May 13, 2011**         /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE